UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CARL E. WHITACRE,

      **Plaintiff,**                              **Case No. 2:22-cv-1809**

      **v.**                                        **JUDGE EDMUND A. SARGUS, JR.**
                                                     **Magistrate Judge Elizabeth P. Deavers**

MONROE COUNTY
CORRECTIONAL FACILITY,

      **Defendant.**

### ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on April 18, 2022. (ECF No. 8.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, Plaintiff's Complaint is **DISMISSED** and the pending motions (ECF Nos. 2, 3) are **DENIED**. An appeal of this Order would not be taken in good faith and Plaintiff is denied leave to appeal *in forma pauperis*. The Clerk is directed to enter judgment and close this case.

      **IT IS SO ORDERED.**

**5/5/2022**                                      **s/Edmund A. Sargus, Jr.**
**DATE**                                          **EDMUND A. SARGUS, JR.**
                                                 **UNITED STATES DISTRICT JUDGE**